

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00632-CV

**IN RE KOHL'S DEPARTMENT STORES, INC.**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
                 Rebeca C. Martinez, Justice
                 Luz Elena D. Chapa, Justice

Delivered and Filed:  September 25, 2013

PETITION FOR WRIT OF MANDAMUS DENIED

On September 18, 2013, relator filed a petition for writ of mandamus. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. *See May v. Lawrence*, 751 S.W.2d 678, 679 (Tex. App.—Tyler 1988, orig. proceeding); *Employers Mut. Cas. Co. v. Street*, 707 S.W.2d 277, 279 (Tex. App.—Fort Worth 1986, orig. proceeding). Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2012-CI-12034, styled *Steve E. Sosa and Lydia Sosa v. Kohl's Department Stores, Inc. and Kellermeyer Building Services, LLC*, pending in the 408th Judicial District Court, Bexar County, Texas, the Honorable Barbara Hanson Nellermoe presiding.